IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Harold Dean Brady, | ) | C/A No. 0:10-2358-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| JELD-WEN, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant JELD-WEN's motion to dismiss Plaintiff Brady's complaint pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure. The defendant argues that a forum selection clause included in the agreement at issue requires that claims related to the agreement be litigated in Oregon. The plaintiff's cause of action stems from the agreement, and he has not responded to the defendant's motion. The defendant's motion is hereby granted, and the plaintiff's complaint is dismissed without prejudice.

    IT IS SO ORDERED.

October 15, 2010                                                Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge